# Exhibit 1

## Index of State-Court Filings

| Title | Date Filed |
| --- | --- |
| Plaintiff's Original Petition for Barratry and Conspiracy to Commit Barratry | 12/18/2024 |
| Exhibit 01 | 12/18/2024 |
| Exhibit 02 | 12/18/2024 |
| Exhibit 03 | 12/18/2024 |
| Exhibit 04 | 12/18/2024 |
| Request for Issuance of Service – Marcy Bryan Croft | 12/18/2024 |
| Request for Issuance of Service – Quinn Emanuel Urquhart & Sullivan, LLP | 12/18/2024 |
| Request for Issuance of Service – Roc Nation, LLC | 12/18/2024 |
| Citation (Marcy Bryan Croft) | 01/08/2025 |
| Citation (Roc Nation LLC) | 01/08/2025 |
| Request for Issuance of Service – MJ Legal, P.A. | 01/17/2025 |
| Citation (MJ Legal, P.A.) | 01/20/2025 |
| Return of Service – MJ Legal, P.A. | 01/17/2025 |
| Quinn Emanuel Urquhart & Sullivan, LLP's Original Answer and Affirmative Defenses to Plaintiff Gerardo Garcia's Original Petition | 01/27/2025 |
| Defendant Marcy Bryan Croft & MJ Legal PA's Verified Special Appearance to Contest Personal Jurisdiction and Subject to Special Appearance Answer Special Exceptions & Affirmative Defenses | 01/27/2025 |
| Defendant Roc Nation, LLC's Special Answer and General Denial and Affirmative Defenses | 01/27/2025 |